SEAN P. NALTY (SBN 121253)
sean.nalty@wilsonelser.com
SHILPA G. DOSHI (SBN 253024)
shilpa.doshi@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendants
APPLE INC. LONG TERM DISABILITY PLAN;
LIFE INSURANCE COMPANY OF NORTH AMERICA

CASSIE SPRINGER-SULLIVAN (SBN 221506)
css@ssrlawgroup.com
MICHELLE L. ROBERTS (SBN 239092)
mlr@ssrlawgroup.com
SPRINGER-SULLIVAN & ROBERTS, LLP
410 -12th Street, Suite 325
Oakland, CA 94607
Tel: (510) 992-6130
Fax: (510) 280-7564

Attorneys for Plaintiff
LAURA ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ALLEN,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC. LONG TERM DISABILITY PLAN;<br>CIGNA GROUP INSURANCE,<br><br>    Defendants. | Case No.: C09-04459 JF<br><br>**STIPULATION REGARDING STANDARD OF REVIEW AND DISCOVERY; [PROPOSED] ORDER**<br><br>Filed: September 22, 2009<br>Judge: Honorable Jeremy Fogel |

WHEREAS, Plaintiff Laura Allen brought this action to recover long term disability benefits under the Apple Inc. Long Term Disability Plan;

1     WHEREAS, Plaintiff contended that her claim should be reviewed under a de novo standard of review;

WHEREAS, Defendants contended that Plaintiff's claim should be reviewed under an abuse of discretion standard of review;

WHEREAS, the parties' held different views on the scope of discovery permissible in an ERISA action;

WHEREAS, Plaintiff proposed that the parties stipulate that Plaintiff's claim for long term disability benefits is subject to de novo review by the Court and that no discovery should be conducted in this action;

NOW, THEREFORE, the parties stipulate as follows:

1. Plaintiff's claim for long term disability benefits will be reviewed under a de novo standard of review by the Court, based on the documents contained in the administrative record as determined by the Court;

2. The parties shall not conduct any discovery in this action.

Date: January 14, 2010     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Shilpa G. Doshi
SEAN P. NALTY
SHILPA G. DOSHI
Attorneys for Defendants

Date: January 14, 2010     SPRINGER-SULLIVAN & ROBERTS, LLP

By: /s/ Michelle L. Roberts
Michelle L. Roberts
Cassie Springer-Sullivan
Attorneys for Plaintiff

**IT IS SO ORDERED.**

Dated: 1/15/10

JEREMY FOGEL
United States District Judge

# CERTIFICATE OF SERVICE
*Laura Allen v. Apple Inc. Long Term Disability Plan, et al.*
USDC NDCA Case: C09-04459 JF

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

**STIPULATION REGARDING STANDARD OF REVIEW AND DISCOVERY**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☐ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

☒ : **Electronic E-Filing** – I caused the attached document to be electronically transmitted on the Northern District website to the parties named below.

    Cassie Springer-Sullivan (SBN 221506)
    Michelle L. Roberts (SBN 239092)
    SPRINGER, SULLIVAN & ROBERTS, LLP
    410 -12th Street, Suite 325
    Oakland, CA 94607
    Tel: (510) 992-6130
    Fax: (510) 280-7564
    Attorneys for Plaintiff
    *Laura Allen*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **January 14, 2010** at San Francisco, California.

_____
Richean Martin