SEAN P. NALTY (SBN 121253)
sean.nalty@wilsonelser.com
SHILPA G. DOSHI (SBN 253024)
shilpa.doshi@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendants
APPLE INC. LONG TERM DISABILITY PLAN;
LIFE INSURANCE COMPANY OF NORTH AMERICA

CASSIE SPRINGER-SULLIVAN (SBN 221506)
css@ssrlawgroup.com
MICHELLE L. ROBERTS (SBN 239092)
mlr@ssrlawgroup.com
SPRINGER-SULLIVAN & ROBERTS, LLP
410 -12th Street, Suite 325
Oakland, CA 94607
Tel: (510) 992-6130
Fax: (510) 280-7564

Attorneys for Plaintiff
LAURA ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ALLEN,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC. LONG TERM DISABILITY PLAN;<br>CIGNA GROUP INSURANCE,<br><br>        Defendants. | Case No.: C09-04459 JF<br><br>**STIPULATION TO EXTEND TIME TO FILE CROSS-MOTION, REPLY AND SURREPLY FOR PARTIES' CROSS-MOTIONS FOR JUDGMENT PURSUANT TO F.R.C.P. 52; [PROPOSED] ORDER**<br><br>Filed: September 22, 2009<br>Judge: Honorable Jeremy Fogel |

///

///

1

STIPULATION TO EXTEND TIME TO FILE CROSS-MOTION, REPLY AND SURREPLY FOR PARTIES'
CROSS-MOTIONS FOR JUDGMENT PURSUANT TO F.R.C.P. 52; [PROPOSED] ORDER
USDC NDCA Case C09-04459 JF
528363.1

WHEREAS, the parties filed a Joint Case Management Conference ("CMC") Statement on January 8, 2010;

WHEREAS, the Joint CMC Statement set forth the following dates for the parties to file their cross-motions for judgment under Federal Rule of Civil Procedure 52:

>Plaintiff to file her opening motion on March 19, 2010;
>
>Defendants to file a cross-motion and opposition on April 2, 2010;
>
>Plaintiff to file her opposition and reply on April 16, 2010;
>
>Defendants to file a surreply on April 23, 2010.

WHEREAS; in the Joint CMC Statement, the parties requested the Court to set the hearing on the cross-motions to be scheduled for May 7, 2010;

WHEREAS, after the case management conference, the Court issued Civil Minutes on January 15, 2010, setting the hearing for cross-motions for judgment and bench trial on May 7, 2010, at 9:00 a.m.

WHEREAS, Plaintiff filed her opening motion on March 19, 2010;

WHEREAS, the parties desire to extend the dates for filing Defendants' cross-motion/opposition, Plaintiff's opposition/reply, and Defendants' surreply by 3 court days each;

NOW, THEREFORE, the parties stipulate to the following new filing dates and request the Court to so order:

1. Defendants will file a cross-motion and opposition on April 7, 2010;
2. Plaintiff will file an opposition and reply on April 21, 2010;

///

///

///

///

///

///

2

STIPULATION TO EXTEND TIME TO FILE CROSS-MOTION, REPLY AND SURREPLY FOR PARTIES'
CROSS-MOTIONS FOR JUDGMENT PURSUANT TO F.R.C.P. 52; [PROPOSED] ORDER
USDC NDCA Case C09-04459 JF
528363.1

3. Defendants to file a surreply on April 28, 2010.

The parties further stipulate that the hearing date will remain May 7, 2010, at 9:00 a.m.

Date: March 29, 2010     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Shilpa G. Doshi
SEAN P. NALTY
SHILPA G. DOSHI
Attorneys for Defendants

Date: March 29, 2010     SPRINGER-SULLIVAN & ROBERTS, LLP

By: /s/ Michelle L. Roberts
Michelle L. Roberts
Cassie Springer-Sullivan
Attorneys for Plaintiff

## ORDER

Pursuant to the parties' stipulation, the Court orders that Defendants file their cross-motion and opposition on April 7, 2010; Plaintiff file her opposition and reply on April 21, 2010; and Defendants file their surreply on April 28, 2010. The Court orders that the hearing date will remain May 7, 2010, at 9:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/31/10

JEREMY FOGEL
United States District Judge

---
3
STIPULATION TO EXTEND TIME TO FILE CROSS-MOTION, REPLY AND SURREPLY FOR PARTIES'
CROSS-MOTIONS FOR JUDGMENT PURSUANT TO F.R.C.P. 52; [PROPOSED] ORDER
USDC NDCA Case C09-04459 JF
528363.1

# CERTIFICATE OF SERVICE
*Laura Allen v. Apple Inc. Long Term Disability Plan, et al.*
*USDC NDCA Case: C09-04459 HRL*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

**STIPULATION TO EXTEND TIME TO FILE CROSS-MOTION, REPLY AND SURREPLY FOR PARTIES' CROSS-MOTIONS FOR JUDGMENT PURSUANT TO F.R.C.P. 52; [PROPOSED] ORDER**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☐ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

☒ : **Electronic E-Filing** – I caused the attached document to be electronically transmitted on the Northern District website to the parties named below.

    Cassie Springer-Sullivan (SBN 221506)
    Michelle L. Roberts (SBN 239092)
    SPRINGER, SULLIVAN & ROBERTS, LLP
    410 -12th Street, Suite 325
    Oakland, CA 94607
    Tel: (510) 992-6130
    Fax: (510) 280-7564
    Attorneys for Plaintiff
    *Laura Allen*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **March 29, 2010** at San Francisco, California.

_____
Richean Martin