Michelle L. Roberts - CA STATE BAR NO. 239092
Cassie Springer-Sullivan - CA STATE BAR NO. 221506
SPRINGER-SULLIVAN & ROBERTS LLP
410 - 12th Street, Suite 325
Oakland, CA  94607
Telephone: (510) 992-6130
Facsimile: (510) 280-7564
E-mail: mlr@ssrlawgroup.com
        css@ssrlawgroup.com

**E-Filed 5/6/2010**

*Attorneys for Plaintiff*

Sean P. Nalty - CA STATE BAR NO. 121253
Shilpa G. Doshi - CA STATE BAR NO. 253024
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370
E-mail: sean.nalty@wilsonelser.com
        shilpa.doshi@wilsonelser.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ALLEN, | Case No. C09-04459 JF |
| Plaintiff, | **NOTICE OF SETTLEMENT; JOINT STIPULATION AND [PROPOSED] ORDER VACATING HEARING SCHEDULED FOR MAY 7, 2010 AND SCHEDULING A FURTHER CASE MANAGEMENT CONFERENCE** |
| vs. | |
| APPLE INC. LONG TERM DISABILITY PLAN; CIGNA GROUP INSURANCE, | |
| Defendants. | |

**TO THE CLERK OF THE COURT, THE HONORABLE JEREMY FOGEL, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

WHEREAS, Plaintiff Laura Allen, and Defendants, Apple Inc. Long Term Disability Plan and Life Insurance Company of North America (incorrectly sued as CIGNA Group Insurance) (collectively, "the Parties"), have agreed to a settlement in principle of all claims and

NOTICE OF SETTLEMENT;
JOINT STIPULATION AND [PROPOSED] ORDER
 [CASE NO. C09-04459 JF]                                                                        Page 1

1 causes of action alleged in the above-referenced action;

2 WHEREAS, the Parties are in the process of preparing the settlement documents and
3 anticipate requiring four weeks to finalize and effectuate the terms of the settlement;

4 WHEREAS, the Parties are scheduled to appear for a bench trial on the Parties' motions
5 for judgment on May 7, 2010 at 2:30 p.m.;

6 WHEREAS, in light of the recent settlement in principle, the Parties believe that the
7 bench trial scheduled for May 7, 2010 at 2:30 p.m. should be vacated;

8 and WHEREAS, the Parties desire to schedule a further case management conference for
9 May 28, 2010 at 10:30 a.m. to enable the Parties sufficient time to finalize the settlement and
10 dismiss the case with prejudice, or if a settlement cannot be reached, to set a date for a bench
11 trial on the Parties' motions for judgment;

12 NOW, THEREFORE, the Parties stipulate as follows:

13 The bench trial on the Parties' motions for judgment scheduled for May 7, 2010 at 2:30
14 p.m. will be vacated;

15 The Parties will appear for a further case management conference on May 28, 2010 at
16 10:30 a.m., or as soon thereafter as may be heard by the Court.

**IT IS SO AGREED AND STIPULATED.**

Dated: May 5, 2010                                         SPRINGER-SULLIVAN & ROBERTS LLP

By:   /s/
Michelle L. Roberts
*Attorneys for Plaintiff*


Dated: May 5, 2010                                         WILSON, ELSER, MOSKOWITZ,
                                                           EDELMAN & DICKER LLP

By:   /s/   (Authorized on May 5, 2010)
Sean Nalty
*Attorneys for Defendants*

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 Dated: 5/6/2010

_____
Honorable Jeremy Fogel
United States District Court Judge

NOTICE OF SETTLEMENT;
JOINT STIPULATION AND [PROPOSED] ORDER
[CASE NO. C09-04459 JF]                                                                 Page 3