1  Michelle L. Roberts - CA STATE BAR NO. 239092
   Cassie Springer-Sullivan - CA STATE BAR NO. 221506
2  SPRINGER-SULLIVAN & ROBERTS LLP
   410 - 12th Street, Suite 325
3  Oakland, CA  94607
   Telephone: (510) 992-6130
4  Facsimile: (510) 280-7564
   E-mail: mlr@ssrlawgroup.com
5          css@ssrlawgroup.com

6  *Attorneys for Plaintiff*

7  Sean P. Nalty - CA STATE BAR NO. 121253
   Shilpa G. Doshi - CA STATE BAR NO. 253024
8  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
9  525 Market Street, 17th Floor
   San Francisco, CA 94105
10 Telephone: (415) 433-0990
   Facsimile: (415) 434-1370
11 E-mail: sean.nalty@wilsonelser.com
           shilpa.doshi@wilsonelser.com
12

13 *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ALLEN, | Case No. C09-04459 JF |
| Plaintiff, | |
| vs. | **STIPULATED DISMISSAL AND [PROPOSED] ORDER** |
| APPLE INC. LONG TERM DISABILITY PLAN; CIGNA GROUP INSURANCE, | [FED. R. CIV. P. 41(a)(1)] |
| Defendants. | |

Plaintiff Laura Allen and Defendants Apple Inc. Long Term Disability Plan and Cigna Group Insurance (collectively, "the Parties") have reached a resolution of this matter.  The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a).  Each party shall bear its own attorneys' fees and costs.

IT IS SO AGREED AND STIPULATED.

STIPULATED DISMISSAL AND [PROPOSED] ORDER
[CASE NO. C09-04459 JF]                                                                                Page 1

| | |
|---|---|
| Dated: May 14, 2010 | SPRINGER-SULLIVAN & ROBERTS LLP |
| | By:  /s/ |
| | Cassie Springer-Sullivan |
| | *Attorneys for Plaintiff* |
| Dated: May 14, 2010 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| | By:  /s/ |
| | Sean P. Nalty |
| | *Attorneys for Defendants* |

**[PROPOSED] ORDER**

The Court hereby dismisses this action with prejudice.

Dated: 5/17/10

Honorable Jeremy Fogel
United States District Court Judge